# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
Petitioner,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS,
Respondent.

No. 64883

FILED

SEP 3 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

This is an original pro se petition for a writ of certiorari challenging a justice court's dismissal of petitioner's "small claims complaint" without prejudice because petitioner "failed to prove that the Nevada Department of Corrections administrative grievance was effectively unavailable to this petitioner prior to the filing of this small claims complaint, due to the actual threat of retaliation administered by [a] grievance coordinator." This court previously entered an order restricting petitioner's right to file pro se writ petitions without payment of the filing fee. *Bacon v. Eighth Judicial District Court*, Docket No. 58414 (Order Declaring Petitioner a Vexatious Litigant and Restricting Filing Privileges, April 25, 2012). Subsequently, this court filed an order in the current case directing petitioner to comply with the requirements set forth in our April 25, 2012, order to obtain leave to proceed in forma pauperis. Specifically, petitioner did not file a motion for leave to file the petition for writ of certiorari. Petitioner was advised that the failure to comply with

16-30577

that requirement within 10 days would result in the dismissal of this matter. To date, petitioner has not complied with the order. Accordingly, we

ORDER the petition DISMISSED.

_____, C. J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:   Percy Lavae Bacon
      Attorney General/Carson City
      Eighth District Court Clerk